**FILED**
CLERK, U.S. DISTRICT COURT

Oct 21, 2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ pd _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 8:25-CR-00119(A)-ODW |
|---|---|
| Plaintiff, | FIRST SUPERSEDING INFORMATION |
| v. | |
| RENE LUNA, | [41 C.F.R. § 102-74.390(b): Obstruction] |
| Defendant. | [CLASS C MISDEMEANOR] |

The Acting United States Attorney charges:

[40 U.S.C. § 1315(c); 41 C.F.R. § 102-74.390(b)]

On June 9, 2025, in Orange County, within the Central District of California, defendant RENE LUNA was present at a federal building under the authority of the U.S. General Services Administration, namely 34 Civic Center Plaza, Santa Ana, California, a federal building that houses federal agencies, including those that are part of the Department of Homeland Security, and where the rules governing conduct on such property under the administration of the GSA were prominently posted (the "Federal Property").  Defendant engaged in a course of conduct that spanned areas and resulted in effects both on and off the Federal Property, including throwing objects at

federal officials who were on the Federal Property and unreasonably obstructing their access to the federal building. Defendant threw at least one plastic water bottle with liquid in it at the federal officials.

                                    BILAL A. ESSAYLI
                                    Acting United States Attorney


                                    ALEXANDER SCHWAB
                                    Assistant United States Attorney
                                    Acting Chief, Criminal Division


                                    MARK P. TAKLA
                                    Assistant United States Attorney
                                    Chief, Orange County Office

                                    MELISSA S. RABBANI
                                    Assistant United States Attorney
                                    Deputy Chief, Orange County
                                      Office

                                    STEPHANIE L. ORRICK
                                    Special Assistant United States
                                      Attorney, Orange County Office

2