```
                                    FILED
                          CLERK, U.S. DISTRICT COURT

                            11/14/2025

                         CENTRAL DISTRICT OF CALIFORNIA
                         BY: ___M.B.___ DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 8:25-CR-00119(B)-ODW |
| Plaintiff, | S E C O N D<br>S U P E R S E D I N G<br>I N F O R M A T I O N |
| v. | |
| RENE LUNA, | [40 U.S.C. § 1315(c) & 41 C.F.R. § 102-74.390(b): Obstruction of |
| Defendant. | Use of Federal Property] |
| | [CLASS C MISDEMEANOR] |

The United States of America charges:

[40 U.S.C. § 1315(c); 41 C.F.R. § 102-74.390(b)]

On June 9, 2025, in Orange County, within the Central District of California, defendant RENE LUNA was present at a federal building under the authority of the U.S. General Services Administration, namely 34 Civic Center Plaza, Santa Ana, California, a federal building that houses federal agencies, including those that are part of the Department of Homeland Security, and where the rules governing conduct on such property under the administration of the GSA were prominently posted (the "Federal Property"). Defendant LUNA engaged in a course of conduct that spanned areas and resulted in effects

1   both on and off the Federal Property, including throwing objects

2   at federal officials who were on the Federal Property and

3   unreasonably obstructing their access to the federal building.

4   Defendant LUNA threw at least one plastic water bottle with

5   liquid in it at the federal officials.

6

7                           BILAL A. ESSAYLI
                            First Assistant United States
8                           Attorney

9

10                          ALEXANDER B. SCHWAB
11                          Assistant United States Attorney
                            Acting Chief, Criminal Division
12
                            MARK P. TAKLA
13                          Assistant United States Attorney
                            Chief, Orange County Office
14
                            MELISSA S. RABBANI
15                          Assistant United States Attorney
                            Deputy Chief, Orange County
16                            Office

17                          STEPHANIE L. ORRICK
                            Special Assistant United States
18                            Attorney, Orange County Office

19

20

21

22

23

24

25

26

27

28