UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

Case No.   8:25-cr-00119-JDE                                        Date: December 15, 2025

Present:  The Honorable:   John D. Early, United States Magistrate Judge

Interpreter

| Amber Rodriguez | CS 12/15/25 | Stephanie Orrick |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| | X | | X | | | | |
| Rene Luna | | | | n/a | | | |

**Proceedings: Change of Plea and Sentencing**

Case is called. Appearance made by Counsel for the Government and by Defendant, who is on bond. Defendant advises he wishes to plead guilty to Second Amended Information, alleging a Class C misdemeanor. Defendant is sworn. The Court engages in a colloquy with Defendant and Defendant's counsel under Rules 11 and 58 of the Federal Rules of Criminal Procedure and, among other things, advises Defendant of his trial and appellate rights, significance of waiving those rights, the potential collateral consequences of a guilty plea. Government counsel states the maximum penalties, the elements of the offense, and the factual basis for the plea, which Defendant affirms. Defendant enters a new and different plea of GUILTY to the Second Superseding Information. The Court accepts the guilty plea and finds that a factual basis exists and further finds that the plea is knowingly and voluntarily made. The Court ORDERS the plea accepted and entered.

With the parties' agreement, and finding sufficient information exists for Defendant to meaningfully exercise its sentencing discretion under 18 U.S.C. § 3553(a) without a presentence report, the parties are heard regarding sentencing and agree that sentence may be pronounced.

No cause having been shown why a sentence should not be imposed, it is ordered that the defendant shall pay to the United States a special assessment of $5.00, due immediately, and a fine of $100.00 to be fully paid by June 15, 2026. Such payments are payable at the Clerk's Office. The Clerk's Office accepts cash, money orders, and cashier's checks. Checks shall be made out to Clerk, U.S. District Court. If payment is not made by that time, a further hearing will be held on June 18,

---

CR-11 (04/15)                    Criminal Minutes – General

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

2026, at 10:00 a.m., in Courtroom 6A. The hearing will only proceed if payment is not made by June 15, 2026. Defendant is advised of his right to appeal and of the timing for filing a Notice of Appeal. The Government's Motion to dismiss the underlying Complaint, Information, and First Superseding Information is GRANTED and such documents are ordered dismissed. Defendant's bond is ordered exonerated.

IT IS SO ORDERED.

|  |  |
|---|---|
| **Time in court** | 00:30 |
| **Initials of Deputy Clerk** | ARO |